

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-19-00599-CV

Jason **WHITE**,
Appellant

v.

Elizabeth **HOLT**,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 19-286
Honorable Kirsten Cohoon, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
            Beth Watkins, Justice
            Liza A. Rodriguez, Justice

Delivered and Filed: January 22, 2020

DISMISSED FOR WANT OF PROSECUTION

Appellant filed a restricted appeal from the trial court's judgment signed on June 4, 2019. Appellant's brief was due December 9, 2019. Neither the brief nor a motion for extension of time was filed. On December 17, 2019, we ordered appellant to file his appellant's brief and a written response reasonably explaining his failure to timely file the brief by January 2, 2020. We advised appellant that if he failed to file a brief and the written response by the date ordered, we would dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a). Appellant has not filed a brief or the written response as ordered by this court. We therefore dismiss this appeal for want of

prosecution.  *See id.*  We further order that appellee recover her costs of this appeal, if any, from appellant.  *See id.* R. 43.4

PER CURIAM